UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALLIE THOMAS CHESTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-22-477-G |
| ) | |
| THE CITY OF ALTUS et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff Allie Thomas Chester, a state prisoner appearing pro se, filed a Complaint (Doc. No. 1) alleging deprivations of his constitutional rights against multiple defendants. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Gary M. Purcell for initial proceedings.

On September 22, 2023, Judge Purcell entered a Report and Recommendation (Doc. No. 71), recommending that this matter be dismissed due to Plaintiff's failure to comply with service-related orders and to keep the Court apprised of his current contact information.

Plaintiff did not submit an objection, but he has since filed a notice of change of address, various correspondence, and a proposed amended pleading. *See* Doc. Nos. 73, 74, 75, 76, 77.

Liberally construed, the Court finds that Plaintiff has now made a good-faith attempt to prosecute this matter and to keep in contact with the Court. The Court therefore will re-refer this action to allow Plaintiff an opportunity to proceed with accordance with the

applicable Federal and Local Civil Rules. Plaintiff is advised that, although he is appearing pro se, he is required to comply with the same rules of procedure governing other litigants. Further, it is Plaintiff's responsibility to update his contact information with the Court.

## CONCLUSION

Accordingly, the reasoning of the Report and Recommendation (Doc. No. 71) is ADOPTED. The Court declines to dismiss this matter at this time.

This matter shall be referred to the appropriate magistrate judge as per the initial order of referral.

The Clerk of Court is directed to send Plaintiff a change of address form along with a copy of this Order.

IT IS SO ORDERED this 2nd day of January, 2024.

CHARLES B. GOODWIN
United States District Judge