# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **ALLIE THOMAS CHESTER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. CIV-22-477-G |
| | ) |
| **ABLE GOZALES et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

Plaintiff Allie Thomas Chester, a state inmate appearing pro se, filed an Amended Complaint (Doc. No.77) alleging deprivations of his constitutional rights against multiple defendants. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Amanda Maxfield Green for initial proceedings.

On April 1, 2024, Judge Green issued a Report and Recommendation (Doc. No. 83), recommending that this matter be dismissed for failure to state a claim upon which relief can be granted. *See id.* at 3-11 (citing 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A). In the Report and Recommendation, Judge Green advised Plaintiff of his right to object on or before April 22, 2024. Judge Green also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Plaintiff has not submitted an objection to the Report and Recommendation or sought leave for additional time to do so.

## CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 83) is ADOPTED in its entirety. This action is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 6th day of May, 2024.

CHARLES B. GOODWIN
United States District Judge